11595/76671 (BDB)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| EMILY FERGUSON, AMY V. BAUCOM, and MCKELLAMY, INC., <br><br>        Plaintiffs, <br><br> v. <br><br> CNA, 333 S. Wabash Ave., Floor 39, Chicago, IL 60604 <br><br>        Defendant. | Docket No.: <br> JURY DEMANDED |

## NOTICE OF REMOVAL

Comes now Defendant Continental Casualty Company improperly named CNA by and through counsel, and notifies the Judges of the United States District Court for the Western District of Tennessee, the clerk of the Circuit Court of Decatur County, Tennessee and Plaintiffs, Emily Ferguson, Amy V. Baucom, and McKellamy, Inc., that the action described herein and filed in the Circuit Court of Decatur County, Tennessee, is removed to the United States District Court for the Western District of Tennessee at Jackson pursuant to 28 U.S.C. § 1441(b).

1.      On June 13, 2014, Plaintiffs, Emily Ferguson, Amy V. Baucom and McKellamy, Inc., filed a civil action bearing Docket No. 14-CV-16 against Defendant in the Circuit Court of Decatur County, Tennessee.

2.      Defendant seeks removal of this action to this Court under 28 U.S.C. § 1332, upon the grounds that the controversy is wholly between citizens of different states

11595/76671 (BDB)

and involves an amount in controversy that exceeds Seventy-five Thousand Dollars ($75,000.00), exclusive of the interest and costs.  Specifically, the complaint demands compensatory damages in the amount of $217,375.88.

    4.    Plaintiffs are residents and citizen of the State of Tennessee and were citizens of the State of Tennessee at the time of the filing of this action and at the time of removal.  The Defendant CNA, is an Illinois corporation with its principle place of business in Chicago, Illinois. The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

    5.    This notice is filed within the time prescribed by 28 U.S.C. §1446(b).

    6.    A copy of the Summons and Complaint, being all the papers served upon Defendants, is attached hereto as **Exhibit A.**

    7.    A Corporate Disclosure Statement is also filed contemporaneously herewith.

WHEREFORE, Notice is hereby given that the said civil action number 14-CV-16 is removed from the Circuit Court of Decatur County, Tennessee, to this Court.

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: ___s/Bradford D. Box_____
       BRADFORD D. BOX, #016596
       *Attorney for Defendant*
       209 East Main Street
       P.O. Box 1147
       Jackson, TN 38302-1147
       (731) 423-2414

11595/76671 (BDB)

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this pleading or document was served upon:

Douglas Thompson Bates
406 W. Public Square
2nd Floor Bates Building
P.O. Box 1, Centerville, TN 37033
***Attorneys for Plaintiff***

by mailing by delivery to the person or office of such counsel.

This the 18th day of July, 2014.

                                     ___*s/Bradford D. Box*_____