# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

EMILY FERGUSON, AMY V.
BAWCUM and MCKELLAMY,
INC.,

       Plaintiffs,

v.                                                                                         Civil Action No. 1:14-cv-1167-JDB/egb

CONTINENTAL CASUALTY
COMPANY (improperly named
CNA),

       Defendant.

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that in accordance with the Order Allowing Voluntary Nonsuit, entered in the above-styled matter on 2/5/2015, this case is hereby dismissed without prejudice.

**APPROVED:**

                                                                                      s/J. Daniel Breen
                                                                                    Chief United States District Judge

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**